**Electronically Filed
Supreme Court
SCWC-22-0000044
09-FEB-2023
08:16 AM
Dkt. 7 OGAC**

SCWC-22-0000044

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LOLA L. SUZUKI,
Petitioner/Claimant-Appellant-Appellant,

vs.

AMERICAN HEALTHWAYS, INC.,
Respondent/Employer-Appellee-Appellee,

and

ST. PAUL TRAVELERS,
Respondent/Insurance Carrier-Appellee-Appellee,

and

LORNE K. DIRENFELD, M.D., GARY N. KUNIHIRO, ESQ.,
and SHAWN L.M. BENTON, ESQ., Respondents/Appellees-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000044; CASE NOS. AB 2007-497(S) AND AB 2007-498(S);
DCD NOS. 2-06-14727 AND 2-07-04617)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Claimant-Appellant-Appellant Lola L.

Suzuki's application for writ of certiorari, filed on January 3,

2023, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 9, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

